FILED

Robert F. Brennan, Esq. [S.B. #132449]
Robert A. Wiener, Esq. [S.B. #132847]
**BRENNAN, WIENER & ASSOCIATES**
3150 Montrose Ave.
La Crescenta, Ca. 91214

[818] 249-5291
FAX [818] 249-4329
Email: rbrennan@brennanlaw.com

Attorney for: Plaintiff Lisa Vecchio

2012 JUN 21  PM 2: 55

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

LISA VECCHIO, an Individual;

    Plaintiff,

    vs.

WELLS FARGO BANK., is a business entity; and DOES 1-10, Inclusive,

    Defendants.

Case No.: CV12-5408-RSWL CR(X)

**COMPLAINT FOR DAMAGES:**

1. CALIFORNIA IDENTITY THEFT LAW.

**JURY TRIAL DEMANDED.**

Plaintiff alleges:

1. Plaintiff LISA VECCHIO ("Plaintiff") is a resident of County of Los Angeles, State of California.

2. Defendants WELLS FARGO BANK ("WELLS FARGO") is a financial institution which, among other activities, acts as a collection agency which reports allegedly delinquent debts to credit bureaus.

1   3. Defendants DOES 1-10 are finance companies, individuals and business
2   entities, form unknown, doing business in the State of California as credit
3   reporting agencies, debt collection agencies, creditors or other persons or entities
4   which engage in credit reporting and/or debt collection.
5   4. Plaintiff does not know the true names and capacities, whether corporate,
6   partnership, associate, individual or otherwise of Defendants sued herein as Does
7   1 through 10, inclusive, under the provisions of Section 474 of the California
8   Code of Civil Procedure.  Plaintiff is informed and believes and on that basis
9   alleges that Defendants Does 1 through 10, inclusive, are in some manner
10   responsible for the acts, occurrences and transactions as officers, directors or
11   managing agents of Defendants or as its agents, servants, employees and/or joint
12   venturers and as set forth in this complaint, and that each of them are legally liable
13   to Plaintiff, as set forth below and herein:
14   a) Said Officers, directors or managing agents of Defendants personally
15   acted willfully with respect to the matters alleged in this complaint;
16   b) Said officers, directors or managing agents of Defendants personally
17   authorized, approved of, adopted and/or ratified the acts alleged herein or the
18   agents, servants, employees and/or joint venturers of Defendants did so act;
19   c) Said officers, directors or managing agents of Defendants personally
20   participated in the acts alleged herein of Defendants;
21   d) Said Officers, directors or managing agents of Defendants personally had
22   close supervision of their agents, servants, employees and/or joint venturers of
23   Defendants;
24   e) Said Officers, directors or managing agents of Defendants personally
25   were familiar with the facts regarding the matters alleged herein;
26   f) Said Officers, directors or managing agents of Defendants personally
27   failed to investigate the circumstances appertaining to the acts alleged herein.
28

They also failed and refused to repudiate the herein alleged actions and failed to redress the harm done to Plaintiff. Further, said Officers, directors, or managing agents of Defendants failed and refused to punish or discharge the said agents, servants, employees and/or joint venturers of Defendants, even after learning of the acts of the agents, servants, employees and/or joint venturers of Defendants. Plaintiff will seek leave to amend this complaint to set forth the true names and capacities of said fictitiously named Defendants as enumerated above, together with appropriate charging allegations, when learned.

5. Plaintiff is informed and believes, and thereon alleges that at all relevant times herein each Defendant, whether actually or fictitiously named, was the principal, joint venturer, agent, servant or employee of each other Defendant, and in acting as such within the course, scope and authority of such relationship, took some part in the acts and omissions hereinafter set forth, by reason of which each Defendant is liable to Plaintiff for the relief prayed for in this complaint, and any future amended complaint. Further, Plaintiff alleges that each act alleged herein, whether by a named Defendants or fictitiously named Defendants or otherwise, was expressly authorized or ratified, as these terms are used in California Civil Code Section 3294(b), by each and every other Defendant herein, whether named or fictitiously named.

### FIRST CAUSE OF ACTION
### VIOLATION OF CALIFORNIA IDENTITY THEFT
### LAW, CIV. CODE SECTION 1798.92 et seq.,
### AGAINST WELLS FARGO BANK
### AND DOES 1-10, INCLUSIVE.

6. Plaintiff incorporates all preceding paragraphs as though alleged in full in this cause of action.

COMPLAINT FOR DAMAGES

7. In or about February 2012, Plaintiff discovered that she was as a victim of identity theft. Plaintiff immediately made several telephone calls to Wells Fargo because someone was using her ATM card to make several charges, mostly at Chevron gas stations. The several fraudulent charges are as follows:

1. February 15, 2012 charge for $124.95 made at the Chevron gas station in Paramount, California;

2. February 16, 2012, charge for $124.48 at the Chevron gas station in Montebello, California;

3. February 17, 2012, charge for $124.87 made at the Chevron gas station in Anaheim, California;

4. February 21, 2012, charge for $124.92 made at the Chevron gas station in Monterey Park, California;

5. February 21, 2012, charge for $125.00 made at the Chevron gas station in Bellflower, California;

6. February 22, 2012, charge for $124.95 made at the Chevron gas station in Montebello, California;

7. February 22, 2012, charge for $98.26 made at the Shell Oil gas station in Orange, California;

8. February 23, 2012, charge for $124.56 made at the Chevron gas station in Whittier, California;

9. February 24, 2012, charge for $124.34 made at the Chevron gas station in West Covina, California;

10. February 27, 2012, charge for $124.82 made at the Chevron gas station in City of Industry, California;

11. February 27, 2012, charge for $99.61, check card purchase in the city of Paramount, California;

12. February 27, 2012, charge for $124.66 made at the Chevron gas

COMPLAINT FOR DAMAGES

1   station in La Mirada, California;

2         13. February 28, 2012, charge for $100.00 made at the Circle K in

3   Pico Rivera, California;

4         14. February 29, 2012, charge for $125.00 made at the Chevron gas

5   station in Montebello, California;

6         15. March 2, 2012, charge for $98.65 made at the Shell oil gas station

7   in Paramount, California;

8         16. March 2, 2012, charge for $95.33 made at the Circle K in Pico

9   Rivera, California;

10        17. March 5, 2012, charge for $125.00 made at the Chevron gas

11  station in Pico Rivera, California;

12        18. March 5, 2012, charge for $124.49 made at the Chevron gas

13  station in Pico Rivera, California;

14        19. March 5, 2012, charge for $124.53 made at the Chevron gas

15  station in Los Angeles, California;

16      8. On or about April 4, 2012, Wells Fargo sent Plaintiff a correspondence

17  requesting more information to support her dispute for the charges totaling

18  $2,590.97 that appeared on her credit card account ending in 0625. Wells Fargo

19  agreed to credit her account and reverse overdraft charges while they conducted

20  their investigation.

21      9. On or about April 17, 2012, Wells Fargo sent Plaintiff correspondence

22  indicating that they had finalized their investigation. Wells Fargo had concluded

23  that Plaintiff was responsible for all the charges she had previously disputed and

24  that they had reversed the credit they had previously given her.

25      10. On or about May 8, 2012, Wells Fargo sent correspondence to Plaintiff

26  requesting more information to support her dispute for the transactions totaling

27  $2,590.97 that appeared on her deposit account ending in 0625.

28

---

COMPLAINT FOR DAMAGES

11. On or about May 9, 2012, Plaintiff filed an identity theft police report. Plaintiff provided a copy of this police report to Wells Fargo in an effort to dispute the many fraudulent transactions appearing on her account.

12. On or about May 9, 2012, Wells Fargo sent correspondence to Plaintiff advising her that her deposit account ending in 0625 was overdrawn.

13. On or about May 29, 2012, Wells Fargo sent correspondence to Plaintiff claiming that they investigated Plaintiff's claim and decided that Plaintiff was in fact responsible for the disputed transactions.

14. In continuing debt collection activities against Plaintiff after she had reported to them the identity theft situation and after providing them with a police report, WELLS FARGO and DOES 1-10, Inclusive, willfully violated the California Identity Theft Law, Civ. Code Section 1798.92 et seq.

15. Plaintiff has suffered actual damages, including general, special, incidental and consequential damages, and is also entitled to attorney's fees and costs under the California Identity Theft Law. In addition, Plaintiff alleges that defendants WELLS FARGO and DOES 1-10, Inclusive, specifically violated Civ. Code Section 1798.93 (c) (6), thereby entitling him to a $30,000.00 penalty, in addition to any other damages which may be assessed.

WHEREFORE, Plaintiff prays for judgment as follows:

1. For general and special damages according to proof at trial;

2. For statutory penalties for each separate statutory violation where allowed by statute;

3. For punitive damages against defendants according to proof at trial and using the applicable punitive damages standards from the involved statutes;

4. For attorney's fees where authorized by statute or law;

5. For costs of suit;

6. For such other relief as the court deems just and proper.

**PLAINTIFF DEMANDS A JURY TRIAL.**

Dated: June _19_ 2012   **BRENNAN, WIENER, & ASSOCIATES**

By: _____
Robert F. Brennan
Attorneys for Plaintiff

COMPLAINT FOR DAMAGES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Ronald S. W. Lew and the assigned discovery Magistrate Judge is Ralph Zarefsky.

The case number on all documents filed with the Court should read as follows:

## CV12- 5408 RSWL (RZx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |
|---|---|---|

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)       NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Robert F. Brennan SBN 13249
BRENNAN, WIENER & ASSOCIATES AP.C
3150 Montrose Ave.
La Crescenta CA 91214
Tel: 818-249-5291

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

LISA VECCHIO, an Individual;

PLAINTIFF(S)

v.

WELLS FARGO BANK., is a business entity; and
DOES 1-10, Inclusive,

DEFENDANT(S).

CASE NUMBER

CV 12-5408 RSW (RZ)

**SUMMONS**

TO:   DEFENDANT(S): _____

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Robert F. Brennan_____, whose address is _BRENNAN, WIENER & ASSOC. 3150 Montrose Ave. La Crescenta CA 91214___. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __JUN 2 1 2012_____

By: _____
          Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)                                    **SUMMONS**

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
LISA VECCHIO, an Individual;

**DEFENDANTS**
WELLS FARGO BANK, is a business entity; and DOES 1-10, Inclusive,

**(b)** County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases):
Los Angeles County

County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only):
Los Angeles, California

**(c)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Robert F. Brennan, Esq. SBN 132449
BRENNAN, WIENER & ASSOCIATES
3150 Montrose Ave.
La Crescenta, CA 91214  Telephone 818-249-5291

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☑ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No  ☑ MONEY DEMANDED IN COMPLAINT: $ 300,000

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Fair Credit Reporting Act 15 U.S.C. Sec. 1681

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☑ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE/ PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities /Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | | ☐ 446 American with Disabilities - Other | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | | ☐ 440 Other Civil Rights | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | FEDERAL TAX SUITS |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s):

**FOR OFFICE USE ONLY:** Case Number: CV12-5408

CV-71 (07/05)   CIVIL COVER SHEET   Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

### AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

**VIII(b). RELATED CASES:** Have any cases been previously filed that are related to the present case? ☑ No ☐ Yes

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** List the California County, or State if other than California, in which EACH named plaintiff resides (Use an additional sheet if necessary)
☐ Check here if the U.S. government, its agencies or employees is a named plaintiff.
Los Angeles, California

List the California County, or State if other than California, in which EACH named defendant resides. (Use an additional sheet if necessary).
☐ Check here if the U.S. government, its agencies or employees is a named defendant.
WELLS FARGO - California

List the California County, or State if other than California, in which EACH claim arose. (Use an additional sheet if necessary)
Note: In land condemnation cases, use the location of the tract of land involved.
Los Angeles County

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____ Date _____ June 19, 2012

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |