**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LISA VECCHIO, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WELLS FARGO BANK, a business entity; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | CV-12-5408 RSWL (RZx)<br><br>**ORDER TO SHOW CAUSE RE: SUBJECT MATTER JURISDICTION** |

　　The Court is in receipt of Plaintiff Lisa Vecchio's ("Plaintiff") Complaint.  The Court hereby orders Plaintiff to show cause why this case should not be dismissed for lack of subject matter jurisdiction.

　　Federal courts are courts of limited jurisdiction, and the burden of establishing jurisdiction rests upon the party asserting jurisdiction.  District courts have original jurisdiction over: (1) civil actions against foreign states; (2) civil actions arising under the Constitution, laws or treaties of the United States;

1

and (3) civil actions where there is complete diversity of citizenship among the parties and the amount in controversy exceeds $75,000, exclusive of interest and costs.  28 U.S.C. §§ 1331-1334.

The only claim that Plaintiff has asserted in her Complaint is a state law claim.  Moreover, it does not appear that the Court has diversity jurisdiction over this Action.  Accordingly, the Court hereby orders Plaintiff to show cause within 10 days as to why this case should not be dismissed for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**

DATED: June 22, 2012

*RONALD S.W. LEW*

**HONORABLE RONALD S.W. LEW**

Senior, U.S. District Court Judge