JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LISA VECCHIO, an individual, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> WELLS FARGO BANK, a ) <br> business entity; and DOES ) <br> 1-10, inclusive, ) <br> ) <br> Defendants. ) <br> ) | CV-12-5408 RSWL (RZx) <br><br> **ORDER DISMISSING ACTION [4, 5]** |

On June 22, 2012, the Court ordered Plaintiff Lisa Vecchio ("Plaintiff") to show cause within ten days as to why this case should not be dismissed for lack of subject matter jurisdiction [4]. Plaintiff, however, failed to respond to the Court's Order within the ten-day deadline. Plaintiff, instead, filed a request to dismiss case without prejudice on July 6, 2012 [5]. Having reviewed all the papers by Plaintiff, **THE COURT NOW FINDS AND RULES AS FOLLOWS:**

///

1

1 | The Court hereby **GRANTS** Plaintiff's request and
2 | **DISMISSES** this Action without prejudice.
3
4 | **IT IS SO ORDERED.**
5 | DATED: July 9, 2012

RONALD S.W. LEW

**HONORABLE RONALD S.W. LEW**

Senior, U.S. District Court Judge